IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO. 2:25-mj-41 |
| SILVERIO HIPOLITO-FRANCISCO, | |
| Defendant. | |

### ORDER DESIGNATING INTERPRETER

The Court having determined, pursuant to Title 28, United States Code Section 1827, that an interpreter is required and should be designated in the above-captioned case,

IT IS ORDERED that a competent interpreter is designated to serve as interpreter in this case. Compensation shall be paid by the government at the following rates:

**Federally Certified Interpreter**: $566.00 per day, with a minimum of one-half day's compensation of $320.00 to be paid for each appearance. Any claim for overtime shall be paid at the rate of $80.00 per hour or part thereof.

**Professionally Qualified Interpreter**: $495.00 per day, with a minimum of one-half day's compensation of $280.00 to be paid for each appearance. Any claim for overtime shall be paid at the rate of $70.00 per hour or part thereof.

**Language Skilled Interpreter**: $350.00 per day, with a minimum of one-half day's compensation of $190.00 to be paid for each appearance. Any claim for overtime shall be paid at the rate of $44.00 per hour or part thereof.

Claims for compensation by the interpreter for any in-court services or assisting the U. S. Probation Office shall be made on Form AO 322.  Claims for compensation for assisting court-appointed counsel, other than in-court proceedings and assisting the U. S. Probation Office, shall be made on CJA Form 21, *Authorization and Voucher for Expert and Other Services*.  These forms are available at https://www.gasd.uscourts.gov/criminal-forms.

**SO ORDERED**, this 22nd day of December, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA