**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

UNITED STATES OF AMERICA

v.

SILVERIO HIPOLITO-FRANCISCO,

Defendant.

CASE NO.: 2:25-mj-41

**O R D E R**

This matter is before the Court on the Government's Motion for Order of Dismissal. Doc. 17.  Defendant has been indicated in case number 5:26-cr-1 for the same conduct.  After careful consideration and for good cause shown, the Government's Motion is **GRANTED**.

THEREFORE, IT IS HEREBY ORDERED that the Complaint filed in this case as to Defendant Silverio Hipolito-Francisco is hereby **DISMISSED**.

**SO ORDERED**, this 11th day of February, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA